# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KIRA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ACTUS LEND LEASE, LLC, et al.,<br><br>　　　　　　Defendants. | CV F 05-0319 AWI SMS<br><br>ORDER VACATING MAY 23, 2005, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants' motion to compel arbitration has been set for hearing in this case on May 23, 2005.   The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  From the parties' papers, it appears that all parties have agreed to arbitration.   However, Plaintiff has stated that it will not withdraw its opposition to Defendants' motion until a stipulation regarding arbitration is signed by all parties. Accordingly, the parties should attempt in good faith to provide a stipulation regarding arbitration.   If a stipulation cannot be reached, the court will resolve the pending motion.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of May 23, 2005, is VACATED, and the parties shall not appear at that time;

2. The parties SHALL FILE any stipulation regarding arbitration by June 3, 2005;

3. If the court does not receive a stipulation from the parties, the court will take the pending motion under submission as of June 3, 2005 and will thereafter issue a decision.

IT IS SO ORDERED.

**Dated:    May 18, 2005**          /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

daw                                      2