| | |
|---|---|
| 1  Kurt F. Vote, # 160496<br>   Joseph R. Becerra, # 210709<br>2  McCormick, Barstow, Sheppard<br>   Wayte & Carruth LLP<br>3  P.O. Box 28912<br>   5 River Park Place East<br>4  Fresno, CA  93720-1501<br>   Telephone:   (559) 433-1300<br>5  Facsimile:    (559) 433-2300<br><br>6  Attorneys for Plaintiff<br>   KIRA, INC. | (SPACE BELOW FOR FILING STAMP ONLY)<br><br>FILED<br><br>2005 JUN -7  P 4: 00<br><br>CLERK, U.S. DIST. COURT<br>EASTERN DIST. OF CALIF<br><br>BY_____ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KIRA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ACTUS LEND LEASE, LLC, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and THE CONTINENTAL INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.  1:05-CIV-00319-AWI-SMS<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS AND PROCEED TO BINDING ARBITRATION** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

COMES NOW, Plaintiff UNITED STATES OF AMERICA for the use and benefit of KIRA, INC. ("Plaintiff") and Defendants' ACTUS LEND LEASE, LLC, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and THE CONTINENTAL INSURANCE COMPANY ("Defendants") by and through their respective counsel of record, and hereby agree and stipulate as follows:.

1. That all parties are desirous of having their dispute resolved via Binding Arbitration pursuant to that certain Subcontract Agreement by and between KIRA, INC. and ACTUS LEND LEASE LLC, dated December 2, 2003, Subcontract #50515000/10350, incorporating all provisions therein;

1        2.     That such arbitration shall take place at a time and date agreeable between the parties but in no event later than May 30, 2006;

        3.     That the arbitration shall take place under the supervision of the American Arbitration Association ("AAA") and in accordance with the Construction Rules of AAA;

        4.     That a single arbitrator shall decide the dispute and he/she shall be selected pursuant to the AAA rules;

        5.     That the entirety of this action be stayed pending the outcome of the arbitration;

        6.     It is agreed that the award of the arbitrator is binding upon all parties; and

        7.     That upon completion of the arbitration, the prevailing party shall seek to confirm the final award of the arbitrator with the Court within thirty (30) days of notice of the final award. Should the final award be confirmed by the Court, it shall act as a judgment in this matter.

It is so agreed.

Dated: May 31, 2005                              McCORMICK, BARSTOW, SHEPPARD,
                                                          WAYTE & CARRUTH, LLP

                                        By:   /s/ Joseph R. Becerra
                                                  Kurt F. Vote
                                                  Joseph R. Becerra
                                       Attorneys for Plaintiff, KIRA, INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION AND ORDER TO STAY PROCEEDINGS AND PROCEED TO ARBITRATION

1  Dated: May 27, 2005                                  WATSON, KHACHADOURIAN & IAMS, LLP

                                                        By: /s/ Franklin Watson
                                                        ─────────────────────────
                                                        Franklin T. Watson
                                                        Attorneys for Defendants, ACTUS LEND
                                                        LEASE, LLC, TRAVELERS CASUALTY
                                                        AND SURETY COMPANY OF
                                                        AMERICA; and THE CONTINENTAL
                                                        INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: __6-7-05__.

                                                        _____
                                                        Honorable Anthony W. Ishii
                                                        United States District Judge

49612/00002-826430.v1