Kurt F. Vote, # 160496
Joseph R. Becerra, # 210709
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff
KIRA, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KIRA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTUS LEND LEASE, LLC, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and THE CONTINENTAL INSURANCE COMPANY, and DOES 1-100, inclusive, <br><br> Defendants. | Case No.  1:05-CIV-00319-AWI-SMS <br><br> **STIPULATION AND ORDER TO STAY PROCEEDINGS AND PROCEED TO BINDING ARBITRATION** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

COMES NOW, Plaintiff UNITED STATES OF AMERICA for the use and benefit of KIRA, INC. ("Plaintiff") and Defendants' ACTUS LEND LEASE, LLC, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and THE CONTINENTAL INSURANCE COMPANY ("Defendants") by and through their respective counsel of record, and hereby agree and stipulate as follows:.

1.      That all parties are desirous of having their dispute resolved via Binding Arbitration pursuant to that certain Subcontract Agreement by and between KIRA, INC. and ACTUS

LEND LEASE LLC, dated December 2, 2003, Subcontract #50515000/10350, incorporating all provisions therein;

  2. That such arbitration shall take place at a time and date agreeable between the parties but in no event later than May 30, 2006;

  3. That the arbitration shall take place under the supervision of the American Arbitration Association ("AAA") and in accordance with the Construction Rules of AAA;

  4. That a single arbitrator shall decide the dispute and he/she shall be selected pursuant to the AAA rules;

  5. That the entirety of this action be stayed pending the outcome of the arbitration;

  6. It is agreed that the award of the arbitrator is binding upon all parties; and

  7. That upon completion of the arbitration, the prevailing party shall seek to confirm the final award of the arbitrator with the Court within thirty (30) days of notice of the final award. Should the final award be confirmed by the Court, it shall act as a judgment in this matter.

  It is so agreed.

Dated: May 31, 2005         McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By: /s/ Joseph R. Becerra
   Kurt F. Vote
   Joseph R. Becerra
   Attorneys for Plaintiff, KIRA, INC.

Dated: May 27, 2005         WATSON, KHACHADOURIAN & IAMS, LLP

By: /s/ Franklin Watson
Franklin T. Watson
Attorneys for Defendants, ACTUS LEND LEASE, LLC, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and THE CONTINENTAL INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

**Dated:   June 9, 2005**         /s/ Anthony W. Ishii
0m8i78                            UNITED STATES DISTRICT JUDGE