1

2

3

4

5

6              **UNITED STATES DISTRICT COURT**

7              **EASTERN DISTRICT OF CALIFORNIA**

8

9    **UNITED STATES OF AMERICA for the )        CIV-F-05-0319 AWI SMS**
     **use and benefit of KIRA, INC.,           )**
10                                              )        **ORDER VACATING HEARING**
                     **Plaintiff,               )        DATE OF MAY 14, 2007 AND**
11                                              )        **TAKING MATTER UNDER**
            **v.                                )        SUBMISSION**
12                                              )
     **ACTUS LEND LEASE, LLC,                   )**
13   **TRAVELERS CASUALTY AND                   )**
     **SURETY COMPANY OF AMERICA,               )**
14   **and THE CONTINENTAL INSURANCE )**
     **COMPANY,                                 )**
15                                              )
                     **Defendants.              )**
16   _____  )

17

18          Plaintiff has made a motion to set aside the April 2, 3007 order dismissing the action for

19   lack of prosecution. Doc. 29.  Defendants oppose the motion.  The hearing for this motion was

20   set for 1:30 PM, Monday, May 14, 2007.  The court has reviewed the papers filed and has

21   determined that the motion is suitable for decision without oral argument. See Local Rule 78-

22   230(h).

23          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 14,

24   2007, is VACATED, and no party shall appear at that time.  As of May 14, 2007, the court will

25   take the matter under submission and will thereafter issue its decision.

26   IT IS SO ORDERED.

27   **Dated:    May 10, 2007                        /s/ Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE
28

**1**