1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the<br>use and benefit of KIRA, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>ACTUS LEND LEASE, LLC,<br>TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA,<br>and THE CONTINENTAL INSURANCE<br>COMPANY,<br><br>                    Defendants. | CIV-F-05-0319 AWI SMS<br><br>**ORDER VACATING HEARING<br>DATE OF JUNE 11, 2007 AND<br>TAKING MATTER UNDER<br>SUBMISSION** |

        Defendants have made a motion to for attorneys fees. Doc. 32.  Plaintiff opposes the motion.  The hearing for this motion was set for 1:30 PM, Monday, June 11, 2007.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 11, 2007, is VACATED, and no party shall appear at that time.  As of June 11, 2007, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     June 6, 2007**                        _____/s/ Anthony W. Ishii_____
                                                                UNITED STATES DISTRICT JUDGE

1